RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES RAY BELL, JR.,<br><br>Defendant. | 2:14-cr-138-JAD-VCF<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND ORDER** |

COMES NOW, appointed counsel, Raquel Lazo, Assistant Federal Public Defender, hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

1.   It appears that defendant may be Armed Career Criminal eligible under 18 U.S.C. section 924(e). Whether the defendant is subject to this enhancement will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2.   Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

///

///

///

1

3.  Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Phillip N. Smith, Jr. regarding this request and he has no opposition.

DATED this 23rd day of June, 2014.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*

_____
RAQUEL LAZO,
Assistant Federal Public Defender

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-cr-138-JAD-VCF |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| CHARLES RAY BELL, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Charles Ray Bell, Jr.

Dated: June 23, 2014.

_____
UNITED STATES DISTRICT JUDGE