UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:14-cr-00138-JAD-VCF-1 |
| CHARLES RAY BELL, JR., | ) | |
| Defendant. | ) | ORDER |

    On May 14, 2014 the Federal Public Defender was appointed to represent Charles Ray Bell, Jr.. The court has been advised that a conflict exists.

    Accordingly, IT IS HEREBY ORDERED that Russell Marsh, is APPOINTED as counsel for Charles Ray Bell, Jr. in place of the Federal Public Defender for all future proceedings.

    The Federal Public Defender shall forward the file to Mr. Marsh forthwith.

    DATED this 5th day of December, 2014.
Nunc Pro Tunc: December 3, 2014.

    _____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH