RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Facsimile: (702) 382-4800
Attorney for Charles Ray Bell, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES RAY BELL, JR.,<br><br>    Defendant. | Case No. 2:14-cr-00138-JAD-VCF |

**STIPULATION TO VACATE STATUS CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bodgen, United States of Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Russell E. Marsh, Esquire, Wright Stanish & Winckler, counsel for Defendant, that the status hearing currently ste for April 16, 2015, be vacated.

This stipulation is entered for the following reasons:

1. This matter is currently set for a status hearing on April 16, 2015. (Docket # 58). This status hearing was set upon the request of the parties in a previous stipulation (Docket # 57), after the defendant was allowed to withdraw a previously filed discovery motion that was set for a hearing on that date.

2. The parties no longer believe that this status hearing is needed and ask that the hearing be vacated.

3. Defendant Bell is in custody and agrees that this status hearing be vacated. As a result, he will not need to be transported to the courthouse for the hearing.

4.     This is the first stipulation filed herein to vacate the status hearing.

Dated: April 14, 2015.

| DANIEL G. BOGDEN<br>UNITED STATES ATTORNEY | WRIGHT STANISH & WINCKLER |
|---|---|
| BY  /s/ Phillip N. Smith, Jr.<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney<br>333 Las Vegas Boulevard South<br>Suite 5000<br>Las Vegas, NV 89101 | BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>300 S. Fourth Street<br>Suite 701<br>Las Vegas, NV 89101<br>Attorney for Charles Ray Bell, Jr. |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the status hearing currently scheduled for April 16, 2015, be vacated. As a result, defendant Bell will not be transported for this hearing.

DATED this 15th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE