1  RUSSELL E. MARSH, ESQUIRE
   WRIGHT STANISH & WINCKLER
2  Nevada Bar No. 11198
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  (702) 382-4004
   Attorneys for Defendant Bell

5

6                  UNITED STATES DISTRICT COURT

7                       DISTRICT OF NEVADA

8

9  UNITED STATES OF AMERICA,        )
                                    )   CASE NO. 2:14-CR-00138-JAD-VCF
10      Plaintiff,                  )
                                    )
11          vs.                     )
                                    )
12  CHARLES RAY BELL, JR.,          )
                                    )
13      Defendant.                  )
   _____)

14

15           **STIPULATION TO CONTINUE SENTENCING**
                      (Second Request)

16      IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL BOGDEN, United

17  States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, counsel for the

18  United States of America, and RUSSELL E. MARSH, ESQUIRE, Wright Stanish & Winckler,

19  counsel for CHARLES RAY BELL, JR., that the sentencing hearing currently scheduled for

20  Tuesday, May 24, 2016 at the hour of 10:00 a.m., be vacated and continued for at least 90 days to

21  a date and time convenient to this Court.

22      This stipulation is entered into for the following reasons:

23      1.      The trial in this matter was held on January 5-6, 2016, and Defendant Bell was found

24  guilty by the jury.  Sentencing is currently scheduled for May 24, 2016.

25      2.      The parties have received a draft Presentence Investigation Report ("PSR") from U.S.

26  Probation.  Defendant Bell has lodged objections with the U.S. Probation Office but the parties have

27  not yet received any response or revised PSR.

28  ///

3.     Defense counsel requires additional time to obtain information for Mr. Bell and his family member for sentencing purposes.  Mr. Bell also requires time to resolve issues regarding one of Mr. Bell's prior state convictions.  Further, Mr. Bell needs more time to review the PSR and prepare his sentencing memoranda.

4.     In addition, United States v. Tate, Case No. 15-10283, a case originating in the District of Nevada, is scheduled for Oral Argument before the Ninth Circuit on June 16, 2016.  This case involves whether certain robbery convictions are considered "crimes of violence" under the sentencing guidelines, an issue that is highly relevant to the guidelines determination in this case.

5.     The parties also agree to the following briefing schedule: Sentencing Memoranda shall be filed no later than fourteen (14) days before sentencing; any responses are due seven (7) days before the date set for sentencing.

6.     The Defendant is in custody and agrees to the continuance requested in this stipulation.

DATED: May 3, 2016

WRIGHT STANISH & WINCKLER

By     /s/ Russell E. Marsh
RUSSELL E. MARSH, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Attorney for Defendant

DANIEL BOGDEN
United States Attorney

By     /s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 11000
Las Vegas, NV 89101

1
2
3
4
                    UNITED STATES DISTRICT COURT
5
                         DISTRICT OF NEVADA
6
7
UNITED STATES OF AMERICA,              )
                                       )
         Plaintiff,                    )        CASE NO. 2:14-CR-00138-JAD-VCF
8
                                       )
             vs.                       )        ORDER
9
                                       )
CHARLES RAY BELL, JR.,                 )
10
                                       )
         Defendant.                    )
11
_____)
12       Based on the Stipulation of the parties,

13       **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Tuesday,

14  May 24, 2016, be vacated and continued to Tuesday, September 6, 2016, at 10:00 a.m.

15  Sentencing Memoranda shall be filed fourteen (14) days before sentencing.  Any responses are due

16  seven (7) days before the sentencing date.

17       Dated:  May 4, 2016.

18
19
20                                       _____
                                         JENNIFER A. DORSEY
                                         UNITED STATES DISTRICT COURT JUDGE
21
22
23
24
25
26
27
28

                                         3