RUSSELL E. MARSH, ESQUIRE
WRIGHT STANISH & WINCKLER
Nevada Bar No. 11198
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
(702) 382-4004
Attorneys for Defendant Bell

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>    Plaintiff,   )<br>           )<br>    vs.        )<br>           )<br>CHARLES RAY BELL, JR.,   )<br>           )<br>    Defendant.  )<br>_____) | CASE NO. 2:14-CR-00138-JAD-VCF |

**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON SENTENCING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, counsel for the United States of America, and RUSSELL E. MARSH, ESQUIRE, Wright Stanish & Winckler, counsel for CHARLES RAY BELL, JR., that the Briefing Schedule with respect to filing any Sentencing Memoranda and response be vacated and reset as follows: Sentencing Memoranda shall be filed by August 26, 2016; and any responses are due on or before August 31, 2016.

This stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently scheduled for Tuesday, September 6, 2016, at 10:00 a.m. By Order of the Court dated May 4, 2016 (ECF No. 111), Sentencing Memoranda are due fourteen (14) days before Sentencing, that is, August 23, 2016; and any responses are due seven (7) days before Sentencing, August 30, 2016

2. Defendant Bell has made several written objections to the Presentence Investigation Report ("PSR"). Undersigned defense counsel has spoken with U.S. Probation Officer Leonel

1  Sanchez. Probation Officer Sanchez had previously estimated that a revised PSR would be prepared
2  by Friday, August 19, 2016. Mr. Sanchez now expects that a revised PSR will be done and
3  distributed to the parties this week, by Friday, August 26, 2016.

4        3.      The parties would like the opportunity to respond to certain matters in the revised
5  PSR in their Sentencing Memoranda. In addition, Defendant Bell's counsel requires additional time
6  to research and prepare Mr. Bell's Sentencing Memoranda.

7        4.      The parties agree that any Sentencing Memoranda would be due on August 26, 2016;
8  and any response on August 31, 2016. The parties will following the usual deadlines under Local
9  Criminal Rule (LCR) 32-1 should the sentencing date be moved. The agreed dates are the same or
10 slightly longer than under the local rules.

11       5.      The Defendant is in custody and agrees to the request in this Stipulation.

12 DATED: August 23, 2016

13 WRIGHT STANISH & WINCKLER      DANIEL BOGDEN
                                     United States Attorney

15 By  /s/ Russell E. Marsh      By  /s/ Phillip N. Smith, Jr.
   RUSSELL E. MARSH, ESQUIRE     PHILLIP N. SMITH, JR.
16 300 S. Fourth Street             Assistant United States Attorney
   Suite 701                           501 Las Vegas Boulevard South
17 Las Vegas, NV 89101             Suite 11000
   Attorney for Defendant           Las Vegas, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    vs.<br><br>CHARLES RAY BELL, JR.,<br><br>  Defendant. | CASE NO. 2:14-CR-00138-JAD-VCF<br><br>ORDER |

Based on the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the current briefing schedule regarding Sentencing be vacated and reset as follows:  Sentencing Memoranda shall be on or before August 26, 2016; and responses are due on or before August 31, 2016.

Dated: August 24, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE