DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-138-JAD-VCF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES RAY BELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### **STIPULATION TO CONTINUE RESPONSE DEADLINE**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Russell E. Marsh, Esq., counsel for Defendant CHARLES RAY BELL, JR., that the Government's response to the Defendant's Sentencing Memorandum will be due on September 12, 2016. Counsel for the Defendant may file any supplemental points and authorities, if any, no later than September 15, 2016. Sentencing is presently scheduled for September 20, 2016.

This stipulation is entered for the following reasons:

1. Counsel for the Government is the duty Assistant United States Attorney this week and therefore has been under an increased press of business. Additionally, counsel for the Government has been diligently preparing for the upcoming trial in *United States v. Louis Matthews*, 2:15-cr-062-JCM-CWH, which is a drug trafficking / felony murder trial scheduled to commence on September 26, 2016. Preparation for this trial has further increased the press of business for counsel for the Government.

2. Counsel for the Government needs additional time to respond to arguments contained in the Defendant's Sentencing Memorandum, at least one of which is an issue of first impression before this Court.

3. The Defendant is in custody, but he does not object to the continuance.

4. Denial of this request for a continuance of the sentencing hearing could potentially prejudice both parties and/or unnecessarily consume resources.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: September 9, 2016.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
RUSSELL E. MARSH, ESQ.
Counsel for Defendant CHARLES BELL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-138-JAD-VCF** |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **RESPONSE DEADLINE** |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES RAY BELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the Government shall file a response to the Defendant's Sentencing Memorandum no later than September 12, 2016, and the Defendant shall file any supplemental points and authorities, if any, no later than September 15, 2016.

9/12/2016

_____
UNITED STATES DISTRICT JUDGE