RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorneys for Defendant Bell

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
               Plaintiff,  )    Case No. 2:14-cr-138-JAD-VCF
           vs.  )
CHARLES RAY BELL,  )
             Defendant.  )

**ORDER TO CONTINUE INITIAL APPEARANCE**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas A. Trutanich, United States Attorney, through Linda Mott, Assistant United States Attorney; and Defendant Charles Ray Bell, by and through his counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the initial appearance currently scheduled for May 18, 2020, at 2:30 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than 14 days from the current date. The parties request a date the week of June 2, 2020.

This stipulation is entered into for the following reasons:

1. Mr. Bell and his counsel were recently served with a Summons based on a Petition for Violation of Supervised Release. The matter is set for an initial appearance on May 18, 2020. Defense counsel and defendant want to minimize personal contact during the COVID-19 pandemic. The parties request that this hearing be reset and held by video-conference at a later date.

2. In addition, this Court has advised parties to avoid unnecessary in-person hearings for the duration of the current health crisis. *See* Temporary Order 2020-4.

3. The parties agree through counsel to a continuance of at least 14 days. U.S. Probation Officer Erica Denney has been contacted, and she agrees with the continuance and requests a hearing the week of June 2, 2020, when she will be available.

4. The extension of time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the initial appearance.

Dated this 15th day of May, 2020.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH |
| | UNITED STATES ATTORNEY |
| | |
| BY  /s/ Russell E. Marsh | BY  /s/ Linda Mott |
| RUSSELL E. MARSH, ESQUIRE | LINDA MOTT |
| Attorney for Defendant Bell | Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-138-JAD-VCF |
| vs. ) | **ORDER** |
| CHARLES RAY BELL, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the Initial Appearance in this matter is hereby continued.

IT IS HEREBY ORDERED that the hearing in the above-captioned matter currently scheduled for May 18, 2020, at 2:30 p.m., be vacated and continued to June 3, 2020 at 2:30 p.m.

DATED: 5/18/2020

_____
CAM FERENBACH
United States Magistrate Judge

3