# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHARLES RAY BELL,<br><br>   Defendant. | Case No. 2:14-cr-138-JAD-VCF<br><br>**ORDER**<br>ECF No. 158 |

Based on the Stipulation of the parties, the Supervised Release Revocation Hearing in this matter is hereby continued.  IS IT HEREBY ORDERED that the hearing in the above-captioned matter currently scheduled for June 15, 2020, at 3:45 p.m., be vacated and continued to July 27, 2020, at 10:00 a.m.

DATED: June 11, 2020.

_____
JENNIFER A. DORSEY
United States District Judge

3