# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-138-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| CHARLES RAY BELL, | ECF No. 160 |
| Defendant. | |

Based on the Stipulation of the parties and good cause appearing, the Supervised Release Revocation Hearing in this matter is hereby continued.  IS IT HEREBY ORDERED that the hearing in the above-captioned matter currently scheduled for July 27, 2020, at 11:00 a.m., be vacated and continued to August 31, 2020, at 1:30 p.m.

DATED: 7/21/2020

_____
JENNIFER A. DORSEY
United States District Judge

3